IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03483-RPM

BERNADETTE SLOWEY,

     Plaintiff,

vs.

TCF NATIONAL BANK,
TCF BANK COLORADO and
TCF FINANCIAL CORP.,

     Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that  a scheduling conference will be held on **June 4, 2014, at 3:00 p.m.**

in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823

Stout Street, Denver, Colorado.   Counsel are directed to comply with the Instructions for

Preparation of Scheduling Order which may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII

Judges/HonRichardPMatsch.aspx (Senior Judge Richard P. Matsch Procedures) and use the

format provided with those instructions (Rev. 11/11).  The proposed order (original only)

on paper, shall be submitted directly to chambers by **4:00 p.m. on May 29, 2014.**  The

conference is conducted with lead counsel present in person.  No parties or

representatives of parties will be permitted to attend.  Initial disclosures under Rule 26(a)(1)

will be completed no later than 10 calendar days before the scheduling conference.  It is

FURTHER ORDERED that counsel for the defendants shall file a disclosure statement pursuant to  Fed.R.Civ.P. 7.1.

DATED: April 15th, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge