## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03483-RPM

BERNADETTE SLOWEY,

      Plaintiff,

v.

TCF NATIONAL BANK,

      Defendant.

_____

## ORDER RE: STIPULATION OF DISMISSAL
_____

Pursuant to the Stipulation of Dismissal of Plaintiff Bernadette Slowey ("Slowey") and Defendant TCF National Bank ("TCF"), all claims asserted by Slowey against TCF, are dismissed with prejudice, with each party to bear her or its own costs and expenses, including any attorneys' fees.

SO ORDERED this 23rd day of June, 2015.

                                     BY THE COURT:

                                     s/Richard P. Matsch
                                     _____
                                     Richard P. Matsch, Senior District Judge